IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:06cv519-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**NOTICE OF REMOVAL**

COMES NOW the Defendant, Maria Sarsfield, and removes this case to the United States District Court for the Middle District of Alabama, Northern Division. In support of said motion, the Defendant states as follows:

1. The Plaintiffs, upon information and belief, are current residents of the State of Alabama.

2. The Defendant, Maria Sarsfield, is a current resident of the State of Florida.

3. Jurisdiction for this cause is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). The Complaint alleges that the Plaintiff suffered various injuries as a result of an automobile accident involving the Defendant which occurred in Montgomery County, Alabama, on September 8, 2004. (See Exhibit A, Complaint). The Complaint seeks an unspecified sum of compensatory and punitive damages.

4. In addition to the complete diversity of citizenship, upon information and belief,

the Defendant believes the Complaint seeks an amount in controversy greater than $75,000.00 exclusive of interest and costs.

5. Upon the filing of this notice, the Defendant has given written notice thereof to the attorney for the Plaintiff. Further, the Defendant has filed a copy of the removal proceedings and notice with the Circuit Court of Montgomery, Alabama, all in accordance with applicable law.

WHEREFORE, the Defendant prays that the removal of said cause to the United States District Court for the Middle District of Alabama, Northern Division, be affected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Montgomery County, Alabama, pending a final decision and determination of controversy in the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 9th day of June, 2006.

_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

either by facsimile or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ___9th___ day of ___June___, 2006.

_____
OF COUNSEL