IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:06cv519-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

## ANSWER OF DEFENDANT

COMES NOW the Defendant, Maria Sarsfield, by and through counsel, and responds to the Plaintiffs' Complaint as follows:

1. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph. Accordingly, all allegations of this paragraph are denied.

2. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph. Accordingly, all allegations of this paragraph are denied.

3. Admitted.

4. This paragraph requires no response from this Defendant at this time.

5. The Defendant denies all liability and demands strict proof thereof.

6. The Defendant denies all liability and demands strict proof thereof.

7. The Defendant denies all liability and demands strict proof thereof.

8. The Defendant denies all liability and demands strict proof thereof.

### COUNT ONE (Negligence/Wantonness)

9. Admitted or denied as set forth above.

10. The Defendant denies all liability and demands strict proof thereof.

11. The Defendant denies all liability and demands strict proof thereof.

12. The Defendant denies all liability and demands strict proof thereof.

13. The Defendant denies all liability and demands strict proof thereof.

### COUNT TWO (Loss of Consortium)

14. Admitted or denied as set forth above.

15. The Defendant denies all liability and demands strict proof thereof.

16. The Defendant denies all liability and demands strict proof thereof.

17. The Defendant denies all liability and demands strict proof thereof.

18. The Defendant denies all liability and demands strict proof thereof.

### DEFENSES

1. The Defendant pleads lack of agency as a defense.

2. The Defendant pleads the defense of contributory negligence.

3. The Defendant pleads the defense of assumption of the risk.

4. The Defendant pleads the last clear chance doctrine as a defense.

5. The Defendant pleads the sudden emergency doctrine as a defense.

6. The Defendant pleads the general issue.

7. The Defendant denies all liability and demands strict proof thereof.

8. The Defendant pleads that any injury suffered by the Plaintiff in this case were caused by the actions or inactions of others.

9. To the extent the Plaintiff seeks recovery of punitive damages, said recovery is limited by the applicable rules and statutes in Alabama which pertain to the award of punitive damages.

Respectfully submitted this the 9th day of June, 2006.

_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

either by facsimile or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 9th day of June, 2006.

_____
OF COUNSEL