**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 21, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Haynes et al v. Sarsfield
Civil Action No.   2:06-cv-00519-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:06-cv-00519-(MEF). This new case number should be used on all future correspondence and pleadings in this action.