IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO. 2:06-cv-519-DRB |
| v. | * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the Defendant, Maria Sarsfield, and respectfully requests this Honorable Court, pursuant to Rule 56, Fed.R.Civ.P., to enter partial summary judgment in her favor. There are no disputed issues of material fact and Sarsfield is entitled to judgment as a matter of law on the claim of wantonness asserted in this case. In support of said motion, Sarsfield submits the following:

1. The Complaint (attached as Exhibit A to Sarsfield's Brief).

2. The deposition of Larry Haynes (attached as Exhibit B to Sarsfield's Brief).

3. The deposition of Maria Sarsfield (attached as Exhibit C to Sarsfield's Brief).

4. Brief of Maria Sarsfield in Support of Motion for Partial Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Maria Sarsfield respectfully requests this Honorable Court to enter judgment as a matter of law on the Plaintiffs' claim of wantonness. There are no disputed issues of material fact and, pursuant to Rule 56, Fed.R.Civ.P., Sarsfield is entitled to partial summary judgment in this case.

Respectfully submitted this the 2nd day of May, 2007.

      /s/S. Anthony Higgins
      S. ANTHONY HIGGINS (HIG014)
      Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

      /s/S. Anthony Higgins
      OF COUNSEL