IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY NORMAN HAYNES, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-519-MEF |
| | ) | |
| MARIA SARSFIELD, | ) | |
| | ) | |
|     Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Partial Summary Judgment (Doc. #10) filed on , 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 24, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before May 17, 2007. The defendant may file a reply brief on or before May 24, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 7th day of May, 2007.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE