IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * 2:06-cv-519-MEF-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**PLAINTIFFS' SUBMISSION OF RULE 26 EXPERT WITNESSES
AND SUMMARY OF EXPECTED EXPERT TESTIMONY**

COME NOW, the Plaintiffs, in the above-styled cause and pursuant to Rule 26 of the Federal Rules of Civil Procedure, state that they intend to call the following individuals to testify as expert witnesses at the trial of this case:

1.  Samuel Bowen, M.D.
    810 St. Vincent's Drive
    Birmingham, AL 35205

Dr. Bowen will testify regarding the medical treatment he has rendered to Mr. Haynes as well as offer an opinion as to Mr. Haynes' prognosis, the need for future surgery and/or treatment, and whether or not there are any permanent injuries as a result of the incident made the basis of this lawsuit.

2.  Dr. Hisham Hakim
    7500 Hugh Daniel Drive, Suite 250
    Birmingham, AL 35242

Dr. Hakim will testify regarding the medical treatment he has rendered to Mr. Haynes as well as offer an opinion as to Mr. Haynes' prognosis, the need for future surgery and/or treatment, and whether or not there are any permanent injuries as a result of the incident made the basis of this lawsuit.

3. Custodian of Medical Records and Billing for St. Vincent's Hospital

The Custodian will testify regarding the hospital records of said hospital and that the hospital records are an exact, full, true and correct copy of said hospital records and that they are familiar with and know, and knew when made and charged, the reasonable value and price for the various charges made and shown in said hospital records and that said charges are just, reasonable, and proper and in keeping with those generally charged in the county and community where said hospital is located.

4. Custodian of Medical Records and Billing for Birmingham Neurology and Spine Group, P.C.

The Custodian will testify regarding the medical provider's records and that the medical provider's records are an exact, full, true and correct copy of said records and that they are familiar with and know, and knew when made and charged, the reasonable value and price for the various charges made and shown in said records and that said charges are just, reasonable, and proper and in keeping with those generally charged in the county and community where said medical provider is located.

5. Custodian of Medical Records and Billing for Greystone Neurology Center

The Custodian will testify regarding the medical provider's records and that the medical provider's records are an exact, full, true and correct copy of said records and that they are familiar with and know, and knew when made and charged, the reasonable value and price for the various charges made and shown in said records and that said charges are just, reasonable, and proper and in keeping with those generally charged in the county and community where said

medical provider is located.

    6.   Custodian of Medical Records and Billing for Greystone Imaging

The Custodian will testify regarding the medical provider's records and that the medical provider's records are an exact, full, true and correct copy of said records and that they are familiar with and know, and knew when made and charged, the reasonable value and price for the various charges made and shown in said records and that said charges are just, reasonable, and proper and in keeping with those generally charged in the county and community where said medical provider is located.

    7.   Thomas Stanner, M.D.
          7500 Hugh Daniel Drive, Suite 200
          Birmingham, AL 35242

Dr. Stanner, will testify regarding the medical treatment he has rendered to Mr. Haynes as well as offer an opinion as to Mr. Haynes' prognosis, the need for future surgery and/or treatment, and whether or not there are any permanent injuries as a result of the incident made the basis of this lawsuit.

    8.   Richard Vanbergen, M.D.
          7500 Hugh Daniel Drive, Suite 200
          Birmingham, AL 35242

Dr. Vanbergen, will testify regarding the medical treatment he has rendered to Mr. Haynes as well as offer an opinion as to Mr. Haynes' prognosis, the need for future surgery and/or treatment, and whether or not there are any permanent injuries as a result of the incident made the basis of this lawsuit.

                                /s/W. Whitney Seals
                                W. WHITNEY SEALS
                                Attorney for Plaintiffs

OF COUNSEL:
PATE & COCHRUN, LLP
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st DAY OF August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND**
    **HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

NONE.

/s/W. Whitney Seals
OF COUNSEL