IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| | * 2:06-cv-519-MEF-DRB |
| v. | * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

**COME NOW** the Parties, by and through their attorneys of record, and file this Notice Concerning Settlement Conference and Mediation states as follows:

1. The settlement conference was neither successful nor unsuccessful; however, as the parties are continuing to negotiate settlement.

2. Mediation is not necessary at this time as the parties are approaching settlement.

/s/ W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiff

**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906
(facsimile)

/s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendant
**NIX HOLTSFORD GILLILAND HIGGINS & HITSON,**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101
(facsimile)