IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and | \* |
| DENISE HAYNES, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* CIVIL ACTION NO. 2:06-cv-519-DRB |
| v. | \* |
| | \* |
| MARIA SARSFIELD, et al., | \* |
| | \* |
| Defendants. | \* |

**CORPORATE DISCLOSURE OF DEFENDANT**

COMES NOW the Defendant, Maria Sarsfield, in compliance with Rule 7.1, Fed.R.Civ.P., and this Court's General Order Miscellaneous Case No. 00-3047, and provides the following corporate disclosure statement:

1. The Defendant, Maria Sarsfield, is an individual resident of the State of Florida. She is the sole Defendant in this case. Neither the Defendant, nor defense counsel, is aware of any parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for the Court.

Respectfully submitted this the 23rd day of August, 2007.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of August, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448


                                                  /s/S. Anthony Higgins
                                                OF COUNSEL