IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

LARRY NORMAN HAYNES, DENISE HAYNES,  )
)
Plaintiff,                            )
)
v.                                    )   CASE NO. 06-00519-MEF-TFM
)
MARIA SARSFIELD,                      )
)
Defendants,                           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __LARRY HAYNES__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**              **Relationship to Party**

NONE

8/23/07
Date

(Signature)

## W. Whitney Seals
(Counsel's Name)

Larry Norman Haynes and Denise Haynes
Counsel for (print names of all parties)

P.O. Box 10448
Birmingham, AL 35202-0448
Address, City, State Zip Code

(205) 323-3900
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, W. WHITNEY SEALS _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23 day of AUGUST 20 07, to:

S. ANTHONY HIGGINS NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C. P. O. Box 4128 Montgomery, Alabama 36103 (334) 215-8585 (334) 215-7101 (facsimile)

8/23/2007
Date

W. Seals
Signature