IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| <u>LARRY NORMAN HAYNES, DENISE HAYNES</u>, <br><br> Plaintiff, <br><br> v. <br><br> <u>MARIA SARSFIELD</u>, <br><br> Defendants, | ) ) ) ) ) ) ) ) CASE NO. <u>06-00519-MEF-TFM</u> ) ) ) ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>DENISE HAYNES</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                               <u>Relationship to Party</u>

NONE
_____          _____

_____          _____

_____          _____


_8/23/07_                              _W. Seal_
Date                                    (Signature)

                                        **W. Whitney Seals**
                                        (Counsel's Name)

                                        Larry Norman Haynes and Denise Haynes
                                        Counsel for (print names of all parties)
                                        P.O. Box 10448
                                        Birmingham, AL 35202-0448
                                        Address, City, State Zip Code
                                        (205) 323-3900
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>W. WHITNEY SEALS</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>ELECTRONIC MAIL</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>22/23</u> day of <u>AUGUST</u> 20<u>07</u>, to:

S. ANTHONY HIGGINS NIX HOLTSFORD GILLILAND  HIGGINS & HITSON, P.C. P. O. Box 4128 Montgomery, Alabama 36103 (334) 215-8585 (334) 215-7101 (facsimile)

8/22/2007
Date

*W. Seals*
Signature