IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY NORMAN HAYNES and       *
DENISE HAYNES,                *
                              *
      Plaintiffs,             *
                              *  2:06-cv-519-MEF-DRB
v.                            *
                              *
MARIA SARSFIELD, et al.,      *
                              *
      Defendants.             *

---

PLAINTIFFS' MOTION TO CONTINUE TRIAL
AND EXTEND DEADLINES

---

COME NOW, the Plaintiffs, by and through their attorneys of record and request that the above-styled cause be continued from its present trial setting of November 5, 2007, and as grounds state the following:

1.   The Parties are discussing settlement.

2.   The Plaintiffs would like to explore mediation.

3.   The Parties have agreed upon a mediator; however, the first available date for mediation is a date after the November 5, 2007, trial setting.

4.   The Defendant does not object to the filing of this Motion.

5.   No Party will be prejudiced by the granting of

this Motion.

6.    It would be in the interest of justice for this

Motion to be granted

**WHEREFORE, PREMISES CONSIDERED** the Parties respectfully

request that this Honorable Court grant their Motion to

Continue Trial and Extend Deadlines, reset the trial of this

matter from its present setting of November 5, 2007, to the

next available trial docket, and extend deadlines in

relation to the new trial setting.

/s/W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiffs

**OF COUNSEL:**
**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the <u>24th</u> DAY OF <u>September</u>, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND**
    **HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

NONE.


/s/W. Whitney Seals
OF COUNSEL