IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * * 2:06-cv-519-MEF-DRB |
| v. | * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

PLAINTIFFS' NOTICE OF DEPOSITION
SAMUEL R. "SAM" BOWEN, II, M.D.

TO: ALL PARTIES

DATE: TUESDAY, OCTOBER 16, 2007

TIME: 4 P.M.

DEPONENT: SAMUEL R. "SAM" BOWEN, II, M.D.

LOCATION: Offices of Dr. Samuel R. "Sam" Bowen
Birmingham Neurosurgery & Spine Group, Inc.
3125 Independent Drive, Suite 200
Birmingham, AL 35209
Attn: Rebecca (205) 986-5200

COURT
REPORTER: Kathy Colburn, Associated Court Reporters

Please take notice that at the above time, date, and location, the Plaintiff will, by oral examination, take the testimony of the deponent whose name is listed above, or before some other duly qualified officer, in accordance with the Alabama Rules of Civil Procedure. The oral examination will continue until completed.

/s/W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiff

OF COUNSEL:
**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

NONE.

/s/W. Whitney Seals
OF COUNSEL