IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:06-cv-519-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**WITNESS LIST OF DEFENDANT**

COMES NOW the Defendant, Maria Sarsfield, by and through counsel, and submits that the following individuals may be called to testify at the trial of this case:

1. Maria Sarsfield

2. Larry Haynes

3. Denise Haynes

4. Trooper Dennis R. Huffman

5. Dennis Ray Tucker

6. Any non-objectionable witness listed by the Plaintiff.

7. Any witnesses necessary to authenticate documents.

8. The Defendant reserves the right to call additional witnesses for purposes of impeachment and/or cross-examination.

9. The Defendant reserves the right to call witnesses for rebuttal purposes.

10. The Defendant reserves the right to amend this list pending the disclosure of the Plaintiff's witnesses and the completion of medical depositions in this case.

Respectfully submitted this the 26th day of September, 2007.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

/s/S. Anthony Higgins
OF COUNSEL