IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and<br>DENISE HAYNES,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIA SARSFIELD, et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>* CIVIL ACTION NO. 2:06-cv-519-DRB<br>*<br>*<br>*<br>*<br>* |

**EXHIBIT LIST OF DEFENDANT**

COMES NOW the Defendant, Maria Sarsfield, by and through counsel, and submits that the following documents and things may be offered into evidence at the trial of this case:

1. Photographs previously produced as Sarsfield 5 - 11.

2. Photographs previously produced on computer disc designated as Sarsfield 12.

3. Photographs of Sarsfield truck.

4. South Tech Industries, Inc., Employee Warning Report.

5. South Tech Industries, Inc., Notice of Claim and Request for Separation Information form.

6. Confidential Wage/Salary History sheet from Etowah County.

7. October 31, 2005, Health Information form from Gadsden Regional Medical Center Occupational Health Center.

8. January 12, 2006, correspondence from Larry Haynes to Etowah County Commission.

9. Larry Haynes Employee Exit Checklist to Etowah County Commission.

10. July 11, 2006, letter from Pell City Industrial Services, Inc., to Larry Haynes.

11. Pell City Industrial Services, Inc., Notice of Claim and Request for Separation Information form.

12. January 17, 2003, Withholding Order and Payment of Child Support form re: Larry Haynes.

13. April 1, 2004, Order/Notice to Withhold Income for Child Support on Larry Haynes.

14. June 17, 2004, court records re: child support.

15. May 17, 2005, Process of Garnishment re: payment of past child support.

16. October 23, 2006, court document re: payment of child support.

17. Voluntary Petition of Bankruptcy filed by Larry Haynes in the United States Bankruptcy Court for the Middle District of Alabama.

18. First Interrogatories to Plaintiff, with responses, in *Joan D. Tucker v. Dennis Ray Tucker*, filed in the Circuit Court of Etowah County, Alabama (DR-01-859-01-WAM).

19. Court record re: Plaintiffs from DR-2007-160.90 from the Circuit Court of Etowah County, Alabama.

20. Medical records on Larry Haynes from Dr. Bernard Scott.

21. Motion for Ex Parte Temporary Restraining Order filed against Joan D. Tucker in the Circuit Court of Etowah County, Alabama (DR-2001-859-WAM).

22. All non-objectionable documents and things listed by the Plaintiff.

23. The Defendant reserves the right to amend this exhibit list pending the completion of additional discovery and investigation.

24. The Defendant reserves the right to amend this exhibit list for purposes of cross-examination and impeachment.

25. The Defendant reserves the right to designate additional exhibits and things necessary for rebuttal purposes.

Respectfully submitted this the 26th day of September, 2007.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

/s/S. Anthony Higgins
OF COUNSEL