```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

LARRY NORMAN HAYNES and  \*
DENISE HAYNES,           \*
                         \*
    Plaintiffs,        \*
                         \* 2:06-cv-519-MEF-DRB
v.                       \*
                         \*
MARIA SARSFIELD, et al., \*
                         \*
    Defendants.        \*

---

**PLAINTIFFS' WITNESS, EXHIBIT AND DAMAGES LIST**

---

**COME NOW** the Plaintiffs, by and through their attorneys, and files their Witness, Exhibit and Damages List as follows:

### WITNESS LIST

1. Larry Norman Haynes;

2. Denise Haynes;

3. Maria Sarsfield;

4. Officer Dennis R. Huffman;

5. Samuel Bowen, M.D.;

6. Dr. Hisham Hakim;

7. Custodian of Medical Records and Billing for St. Vincent's Hospital;

8. Custodian of Medical Records and Billing for

      Birmingham Neurology and Spine Group, P.C.;

9. Custodian of Medical Records and Billing for Greystone Neurology Center;

10. Custodian of Medical Records and Billing for Greystone Imaging;

11. Thomas Stanner, M.D.;

12. Richard Vanbergen, M.D.;

13. Representatives from BlueCross BlueShield of Alabama;

14. Any person who has been deposed in this matter;

15. Any person who has offered an affidavit in this case;

16. Any and all witnesses identified by the Defendants;

17. Plaintiffs reserve the right to call witnesses in rebuttal.

18. Plaintiffs reserve the right to call witnesses for impeachment purposes.

19. Plaintiffs reserve the right to amend this witness list.

20. Any other witness needed to authenticate Plaintiff's exhibits or other documents.

21. Any witness whose name is revealed through subsequent discovery.

22. Plaintiffs reserve the right to amend this witness list.

**EXHIBIT LIST**

1. All Medical Records and Billing reflecting medical treatment received and medical treatment charged for Mr. Haynes for injuries he received as a result of the incident made the basis of this incident.

2. Accident Report;

3. Any and all documents referencing damages incurred as a result of the incident made the basis of this lawsuit.

4. All pleadings and discovery responses filed in this matter by either party;

5. Any and all photographs concerning any party or vehicle concerning the incident made the basis of this lawsuit;

6. Any and all records and/or documents from BlueCross BlueShield of Alabama regarding any subrogation owed by the Plaintiffs;

7. Any and all depositions and exhibits to all depositions taken or to be taken in this matter;

8. Any and all documents produced by the Plaintiff and Defendant;

9. Any documents produced in response to any subpoena by any party;

10. Any and all documents obtained between now and trial;

11. Any and all exhibits listed by the Defendant;

12. Plaintiffs reserve the right to produce exhibits in rebuttal and/or for impeachment purposes; and,

13. Plaintiffs reserve the right to amend this exhibit list.

## DAMAGES

The damages sought in this lawsuit are compensatory and punitive damages to which the Plaintiffs are entitled under the law, and which may be assessed by the trier of fact. The Plaintiffs also seek attorneys' fees, costs, and other expenses that are permitted under the law. The actual amounts of pecuniary damages above and beyond that already stated have not yet been calculated or are not readily ascertainable, but will be supplemented in a timely manner.

/s/W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiffs

**OF COUNSEL:**

**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21<u>st</u> DAY OF <u>August</u>, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND**
    **HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

NONE.

/s/W. Whitney Seals
OF COUNSEL