IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * 2:06-cv-519-MEF-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**PLAINTIFFS' DESIGNATION OF DEPOSITION USE**

**COME NOW** the Plaintiffs, by and through their attorneys, hereby designate that Witness Samuel R. Bowen, II, M.D. will appear via deposition.

Plaintiffs reserve the right to amend this pleading should other deposition testimony become necessary.

/s/W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiffs

**OF COUNSEL:**

**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st DAY OF August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

NONE.

/s/W. Whitney Seals
OF COUNSEL