IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, *et al.*, )<br>)<br>    Plaintiffs, )<br>v.                                                      )<br>)<br>MARIA SARSFIELD,                     )<br>)<br>    Defendant.                                )  | CASE NO. 2:06-cv-519-MEF |

## **O R D E R**

It is hereby ORDERED as follows:

(1) Plaintiffs' Motion to Continue Trial and Extend Deadlines (Doc. # 22) is GRANTED.

(2) The Court will enter an Amended Uniform Scheduling Order.

(3) Not more than **FIVE (5) DAYS** after the parties' mediation session, counsel for the Plaintiffs shall file a "Notice Concerning Mediation." This notice shall indicate whether settlement was reached.

DONE on this 27th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE