IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-519-MEF |
| MARIA SARSFIELD, | ) |
| Defendant. | ) |

## **ORDER**

The trial of this case was previously continued so that the parties could attempt to reach a negotiated settlement through a mediation process. It is hereby ORDERED that on or before **December 12, 2007**, counsel for Plaintiffs shall file a notice with the Court indicating whether the case was mediated and whether a settlement was reached. If the case has not been mediated, the notice shall either indicate the date on which mediation is scheduled or explain why the mediation was not scheduled..

Done on this 5th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE