IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| | * 2:06-cv-519-MEF-DRB |
| v. | * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**PLAINTIFFS' NOTICE OF DISPOSITION OF MEDIATION**

**COME NOW**, the Plaintiffs, and hereby files their Notice of Disposition of Mediation and state the following:

1. Mediation was held in the above-styled case on Tuesday, November 20, 2007, at the offices of Michael B. Walls, Mediator, Upchurch, Watson, White & Max, 2000A SouthBridge Parkway, Suite 400, Birmingham, AL 35209.

2. All parties attended with their counsel of record.

3. Settlement was not reached; however, active negotiations are still ongoing.

_____
R. Gordon Pate
W. Whitney Seals
ATTORNEY FOR PLAINTIFFS

**OF COUNSEL:**
PATE & COCHRUN, LLP
P. O. BOX 370808
BIRMINGHAM, AL 35237-0808
Telephone: 205/323-3900
Facsimile: 205/323-3906

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7 December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

S. ANTHONY HIGGINS
**NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.**
P. O. Box 4128
Montgomery, Alabama 36103
(334) 215-8585
(334) 215-7101 (facsimile)

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

Michael B. Walls, Mediator
UPCHURCH, WATSON, WHITE & MAX
2000A SouthBridge Parkway, Suite 400
Birmingham, AL  35209

/s/W. Whitney Seals
OF COUNSEL