IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * * |
| v. | * CIVIL ACTION NO. 2:06-cv-519-DRB * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**AMENDED WITNESS LIST OF DEFENDANT**

COMES NOW the Defendant, Maria Sarsfield, by and through counsel, and submits that the following individuals may be called to testify at the trial of this case:

1. Dr. Sam Bowen.

Respectfully submitted this the 22nd day of January, 2008.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448


                                             /s/S. Anthony Higgins
                                             OF COUNSEL