IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and <br> DENISE HAYNES, <br> <br> Plaintiffs, <br> <br> v. <br> <br> MARIA SARSFIELD, et al., <br> <br> Defendants. | * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 2:06-cv-519-DRB <br> * <br> * <br> * <br> * <br> * |

**DEFENDANT'S DESIGNATION OF DEPOSITION USE**

COMES NOW the Defendant, Maria Sarsfield, by and through counsel, and hereby designates that Dr. Samuel Bowen will appear via deposition.

Respectfully submitted this the 22nd day of January, 2008.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

                                                /s/S. Anthony Higgins
                                                OF COUNSEL