IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:06-cv-519-MEF * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney and enters his formal appearance as additional counsel on behalf of the defendant in this matter.

Respectfully Submitted,

/s/Jeffrey G. Hunter
Jeffrey G. Hunter (HUN028)
Attorney for Maria Sarsfield

OF COUNSEL
Nix, Holtsford, Gilliland,
Higgins, & Hitson, P.C.
P.O. Box 4128
Montgomery, AL  36103
334-215-8585

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

                                      /s/Jeffrey G. Hunter
                                      OF COUNSEL