IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-519-MEF |
| ) | |
| MARIA SARSFIELD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the agreement of the parties at the pretrial hearing that the loss of consortium claim of Denise Haynes (Count Two of the Complaint (Doc. # 1-2)) is due to be dismissed because she was not married to Larry Norman Haynes at the time of the accident at issue in this case, it is

ORDERED and ADJUDGED that the claim of Plaintiff Denise Haynes (Count Two) is hereby DISMISSED WITH PREJUDICE, with costs relating to the claim of Plaintiff Denise Haynes taxed as paid.

Nothing in this Order should be construed as effecting the claim of Plaintiff Larry Norman Haynes, which is still pending before this Court in this action. To avoid confusion in this case, it is hereby ORDERED that the caption of this case is changed to reflect that this action is brought by Plaintiff Larry Norman Haynes. The parties are DIRECTED to use the new caption listing only Larry Norman Haynes as Plaintiff for all future submissions to the Court.

Done this the 5th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE