IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY NORMAN HAYNES** | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO. 2:06-cv-519-MEF |
| v. | * | |
| | * | |
| **MARIA SARSFIELD,** | * | |
| | * | |
| Defendant. | * | |

## ORDER ON PRETRIAL HEARING

A pretrial hearing was held in this case on January 31, 2008, wherein the following proceedings were held and actions taken:

1.  **PARTIES AND TRIAL COUNSEL:**

    **Plaintiffs:**   Larry Norman Haynes
    Denise Haynes

    **Plaintiffs' Trial Counsel:**

    R. Gordon Pate, Esq.
    W. Whitney Seals, Esq.

    **Defendant:**   Maria Sarsfield

    **Defendant's Trial Counsel:**

    S. Anthony Higgins, Esq.
    Jeffrey G. Hunter, Esq.

    **COUNSEL APPEARING AT PRETRIAL HEARING:**

    W. Whitney Seals, Esq.
    Jeffrey G. Hunter, Esq.

2. **JURISDICTION AND VENUE:** Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. Further, venue is proper in this case because the accident at issue occurred in Montgomery County, a county within the Northern Division of the Middle District of Alabama.

3. **PLEADINGS:** The following pleadings and amendments are allows:

    1. The Complaint
    2. Answer of Defendant

4. **CONTENTIONS OF THE PARTIES:**

    (a) The Plaintiffs: The Plaintiffs contend that the Defendant negligently operated her vehicle in such a manner that it collided with the Plaintiffs' vehicle. As a result of the Defendants negligence, the Plaintiffs suffered injuries and damages. The Plaintiffs further contend that the Defendant was under a duty to drive her vehicle in a safe matter and to follow the Rules of the Road, but breached that duty. That the Defendant acted recklessly and in complete disregard of the health, safety and welfare of the Plaintiffs and as a result of the actions of the Defendant, Plaintiffs have suffered extensive damages. Plaintiffs further contend that the Plaintiff Denise Haynes lost the care, comfort and society of her husband due to the injuries and damages inflicted upon her husband by the Defendant.

    (b) The Defendants: The Defendant denies liability for the accident in this case and demands strict proof thereof. Further, the Defendant asserts the affirmative defenses of contributory negligence and last clear chance. Finally, the Defendant denies any damages sought by the Plaintiff in this case were proximately caused by any actions or inactions of the Defendant.

    With respect to the loss of consortium claim of Denise Haynes, the Defendant asserts this claim is barred because the marriage between Larry Haynes and Denise Haynes did not occur until after the accident at issue in this case.

5. **STIPULATIONS BY AND BETWEEN THE PARTIES:**

    (a) This case involves an automobile accident which occurred on September 8, 2004, on U.S. Highway 231 in Montgomery County, Alabama.

    (b) The parties stipulate that jurisdiction and venue are proper in this case

It is ORDERED that:

(1) The jury selection and trial of this cause, which is to last two (2) days, are set for March 3, 2008, at 10:00 a.m. at the United States Courthouse in Montgomery, Alabama;

(2) A trial docket will be mailed to counsel for each party approximately three weeks prior to the start of the trial term;

(3) The parties are to file their pre-trial briefs, if any, by February 25, 2008;

(4) Each party shall have available at the time of trial, for use by the court (the judge, the courtroom deputy clerk, and the law clerk), three copies of the exhibit list and a sufficient number of copies of each photostatically reproducible exhibit for opposing counsel, the courtroom deputy clerk, the law clerk, and the judge to each have a set of the exhibits;

(5) All deadlines not otherwise effected by this order will remain as set forth in the Amended Scheduling Order (Doc. #31) entered by the court on September 27, 2007;

(6) All understandings, agreements, deadlines, and stipulations contained in this Pretrial Order shall be binding on all parties unless this Order be hereafter modified by Order of the Court.

DONE this the 5th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE