IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES and DENISE HAYNES, | * * * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO. 2:06-cv-519-DRB |
| v. | * * |
| MARIA SARSFIELD, et al., | * * |
| Defendants. | * |

**FIRST MOTION IN LIMINE OF DEFENDANT**

COMES NOW the Defendant, Maria Sarsfield, and moves this Honorable Court to enter an order precluding the Plaintiff from introducing evidence of any insurance policy defending or indemnifying any claims in this case. The basis of this motion is that such evidence is entirely irrelevant under Rule 401 of the Federal Rules of Evidence and is due to be excluded from the trial of this case.

Respectfully submitted this the 6th day of February, 2008.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Gordon Pate, Esq.
W. Whitney Seals, Esq.
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

William C. Carn, III, Esq.
Lee & McInish, P.C.
P. O. Box 1665
Dothan, AL 36302

Ray T. Kennington, Esq.
P. O. Box 275
Ozark, AL 36361

Bryan Blackwell, Esq.
306 N. Foster Street
Dothan, AL 36303

/s/S. Anthony Higgins
OF COUNSEL