IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY NORMAN HAYNES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-519-MEF |
| | ) | |
| MARIA SARSFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motions in Limine (Doc. #43, #44 and #45) filed on February 6, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before February 19, 2008 as to why the motions should not be granted.

DONE this 11th day of February, 2008.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE