IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. 2:06-cv-519-DRB |
| v. | * |
| | * |
| MARIA SARSFIELD, | * |
| | * |
| Defendant. | * |

**NOTICE OF SETTLEMENT**

COMES NOW the Defendant, by and through counsel, and gives the Court notice that a tentative settlement has been reached in this case. The bankruptcy trustee has agreed to accept the settlement proposed by counsel for the Defendant. A copy of the Trustee's Motion for Approval of Compromise Settlement filed with the Bankruptcy Court on February 18, 2008, is attached as Exhibit A.

In light of the above, the Defendant requests that the current trial setting of March 3, 2008, be generally continued pending the review and approval of the above-described settlement by the Bankruptcy Court.

Respectfully submitted this the 18th day of February, 2008.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

W. Whitney Seals, Esq.
PATE & COCHRAN
P. O. Box 10448
Birmingham, AL 35202-0448

William C. Carn, III, Esq.
LEE & MCINISH, P.C.
P. O. Box 1665
Dothan, AL 36302

              /s/S. Anthony Higgins
              OF COUNSEL