IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, *et al.*,    ) | |
| ) | |
|     Plaintiffs,    ) | |
| v.    ) | CASE NO. 2:06-cv-519-MEF |
| ) | |
| MARIA SARSFIELD,    ) | |
| ) | |
|     Defendant.    ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for March 3, 2008 is continued generally.

2. That the parties file a joint stipulation of dismissal upon approval of the settlement by the bankruptcy court.

DONE this the 19th day of February, 2008.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE