IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-519-MEF |
| MARIA SARSFIELD, | ) ) ) |
| Defendant. | ) |

## **ORDER**

It is hereby ORDERED that the Motions in Limine (Docs. # 43, 44, and 45) are DENIED with leave to refile if the bankruptcy court does not approve the parties' settlement.

Done this 31st day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE