IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-519-MEF |
| ) | |
| MARIA SARSFIELD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is hereby ORDERED that the parties file a Joint Stipulation of Dismissal on or before May 9, 2008.

Done this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE