IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORMAN HAYNES, et al. | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. 2:06-cv-519-DRB |
| v. | * |
| | * |
| MARIA SARSFIELD, | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, and jointly stipulate that this case has been resolved. Accordingly, all claims asserted by the Plaintiffs against the Defendant are due to be dismissed, with prejudice.

Pursuant to the CM/ECF procedures, the undersigned parties certify that they are in agreement regarding the joint filing of this Stipulation of Dismissal.

Respectfully submitted this the 7th day of May, 2008.

    /s/S. Anthony Higgins
    S. ANTHONY HIGGINS (HIG014)
    Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

/s/W. Whitney Seals
W. WHITNEY SEALS
Attorney for Plaintiffs

OF COUNSEL:
Pate & Cochran
P. O. Box 10448
Birmingham, AL 35202-0448

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William C. Carn, III, Esq.
Lee & McInish, P.C.
P. O. Box 1665
Dothan, AL 36302

Ray T. Kennington, Esq.
P. O. Box 275
Ozark, AL 36361

/s/S. Anthony Higgins
OF COUNSEL